No. 03–1482.  ASSA'AD-FALTAS *v.* ASHCROFT, ATTORNEY GENERAL, ET AL., *ante,* p. 917.  Petition for rehearing denied.  JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 04–237.  IRVIN, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILD, IRVIN, ET AL. *v.* HYDROCHEM INC. ET AL., *ante,* p. 976; and

No. 04–333.  LOWE *v.* WAL-MART STORES, INC. ASSOCIATES HEALTH AND WELFARE PLAN ET AL., *ante,* p. 995.  Petitions for rehearing denied.  JUSTICE BREYER took no part in the consideration or decision of these petitions.